

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2022

No. 04-22-00356-CR

Angelica **NAVARRO-DEPAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13056
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The appellant's brief is due on December 28, 2022. However, the appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **February 27, 2023**.

**Further requests for extensions of time will be disfavored.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court